UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                        RE:    David S. ROMO
                                Docket Number:   2:01CR00230-01
                                **PERMISSION TO TRAVEL**
                                **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Nassau, Bahamas. The releasee is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 5, 2002, the releasee was sentenced for the offense(s) of 18 USC 2314 and 2 - Interstate Transportation of Stolen Securities, Aiding and Abetting; 18 USC 1344 and 2 - Bank Fraud, Aiding and Abetting.

**Sentence imposed:** 12 months and one day on each count, to be served concurrently; 3 years Supervised Release; $100,000 restitution; $300 special assessment. (Financial obligations paid in full).  Special Conditions: Search; Financial restrictions and disclosure; No solicitation of businesses involving investment income; No financial transactions over $100,000.

**Dates and Mode of Travel:** The releasee will depart on June 2, 2006, and return June 8, 2006.

**Purpose:** Pleasure trip with wife and children.

**RE:   David S. ROMO**
       **Docket Number:   2:01CR00230-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**

**DATED:**   May 5, 2006
             Roseville, California
             lvc:cd


**REVIEWED BY:**          /s/ Richard A. Ertola
                          **RICHARD A. ERTOLA**
                          **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    **X**                          Disapproved


   05/09/06                                 /s/ David F. Levi
**Date**                                    **DAVID F. LEVI**
                                            **Chief United States District Judge**