UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

        RE: David S. ROMO
           Docket Number: 2:01CR00230-01
           PERMISSION TO TRAVEL
           OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Nassau, Bahamas, and to Barcelona, Spain. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 5, 2002, David S. Romo was sentenced for the offenses of 18 USC 2314 and 2 - Interstate Transportation of Stolen Securities, Aiding and Abetting (CLASS C FELONY); and 18 USC 1344 and 2 - Bank Fraud, Aiding and Abetting (2 counts) (CLASS B FELONIES).

**Sentence imposed:** 12 months and one day custody Bureau of Prisons; 60 months Supervised Release; $100,000 restitution (paid in full); $300 special assessment (paid in full). Special conditions included: Warrantless search; Not dissipate assets; Financial disclosure and restrictions; Not solicit investments or be involved in any business that receives investment income without prior approval of the probation officer; Not receive, deposit, or make a financial instrument over the amount of $100,000 without prior approval of the probation officer.

**Dates and Mode of Travel:**  June 1 through 8, 2007 (Bahamas)
             October 3 through 14, 2007 (Spain)

RE: David S. ROMO
Docket Number:   2:01CR00230-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Pleasure

Respectfully Submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON**
**Senior United States Probation Officer**

**DATED:**   May 11, 2007
Roseville, California
lvc:cd

**REVIEWED BY:**   /s/ Richard A. Ertola
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   **X**                              Disapproved _____

**May 14, 2007**                              /s/ David F. Levi
**Date**                                       **DAVID F. LEVI**
                                               **Chief United States District Judge**