**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                          RE:    **David S. ROMO**
                                                    **Docket Number:   2:01CR00230-01**
                                                    **PERMISSION TO TRAVEL**
                                                    <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Paradise Island, Bahamas. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 5, 2002, David S. Romo was sentenced for the offenses of 18 USC 2314 and 2 - Interstate Transportation of Stolen Securities, Aiding and Abetting (CLASS C FELONY); and 18 USC 1344 and 2 - Bank Fraud, Aiding and Abetting (2 counts) (CLASS B FELONIES).

**Sentence imposed:**  12 months and one day custody Bureau of Prisons; 60 months Supervised Release; $100,000 restitution (paid in full); $300 special assessment (paid in full). Special conditions included: Warrantless search; Not dissipate assets; Financial disclosure and restrictions; Not solicit investments or be involved in any business that receives investment income without prior approval of the probation officer; Not receive, deposit, or make a financial instrument over the amount of $100,000 without prior approval of the probation officer.

**Dates and Mode of Travel:**  June 4 through 11, 2008, via airline

**Purpose:**  Vacation with wife and children

**RE:     David S. ROMO**
**Docket Number:   2:01CR00230-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

**DATED:**   May 8, 2008
Roseville, California
srs:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    X                    Disapproved

    5/9/2008                          /s/ John A. Mendez
**Date**                              **HONORABLE JOHN A. MENDEZ**
                                      **United States District Judge**